# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.: 04 M 1944 (MJW)

MARGORY MCGUIRE, MELISSA MCGUIRE, and CRAIG HOSPITAL, a Colorado nonprofit corporation,

    Plaintiffs,

v.

ROCKY MOUNTAIN UFCW UNIONS & EMPLOYERS HEALTH BENEFIT PLAN, an employee health benefit plan,

    Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, having come before the Court on the Stipulation and Order for Dismissal with Prejudice file by the parties to this action,

AND THE COURT, having reviewed the file and being otherwise fully advised in the premises,

IT IS HEREBY ORDER THAT this action is dismissed with prejudice, each party to pay its own costs and attorney's fees.

DATED: May 4th, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge